# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 15, 2005

128491

JOSEPH M. HALEY,
      Plaintiff-Appellant,

v

NUNDA TOWNSHIP,
      Defendant-Appellee.

_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 128491
COA: 250082
Cheboygan CC: 02-006984-CZ

On order of the Court, the application for leave to appeal the January 18, 2005 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

CAVANAGH, WEAVER, and KELLY, JJ., would grant leave to appeal.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 15, 2005

_____
Clerk

p1208